UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-80979-BLOOM/White
(Crim. Case No. 11-cr-80207-BLOOM)

JASON ROLLINS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Movant's Motion to Vacate Sentence, ECF No. [1] ("Motion"), pursuant to 28 U.S.C. § 2255, which was previously referred to the Honorable Patrick A. White for a Report and Recommendation on any dispositive matters. This matter was stayed and administratively closed pending a decision in *Beckles v. United States*, Case No. 15-8544, -- S. Ct. --, 2016 WL 1029080 (June 27, 2016) (granting certiorari). On March 6, 2017, the United States Supreme Court issued its decision in *Beckles v. United States*, 137 S. Ct. 886 (2017), and the Court lifted the stay and reopened the case for further proceedings. On May 17, 2017, Judge White entered a Report and Recommendation, ECF No. [23] ("R&R"), recommending that the Motion be granted, that Movant's sentence be vacated, and that the Court issue an order requiring a new presentence investigation report ("PSI") to determine his guidelines range without the Armed Career Criminals Act ("ACCA") enhancement, and resentence Movant accordingly. ECF No. [23] at 4. The R&R advised Movant, who is represented by counsel, that "[o]bjections to this report may be filed with the District Judge

within fourteen days of receipt of a copy of the report." *Id*. To date, Movant has filed no objections, nor has he sought additional time to file objections. The Court has, nonetheless, conducted a *de novo* review of Magistrate Judge White's Report and Recommendation and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)).

Upon review, the Court finds Judge White's Report and Recommendation to be well reasoned and correct. The Court agrees with the analysis in Judge White's Report and Recommendation and concludes that the Motion should be granted for the reasons set forth therein.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge White's Report and Recommendation, **ECF No. [23]**, is **ADOPTED**.
2. The Motion, ECF No. [1], is **GRANTED**, and Movant's sentence in the underlying criminal case, 11-cr-80207-BLOOM is **VACATED**.
3. The Court will enter an order requiring a new PSIR to determine the appropriate guidelines range without the ACCA enhancement, and set this matter for re-sentencing in the associated criminal case.
4. The Certificate of Appealability is **DENIED**.
5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of June, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Patrick A. White

Counsel of Record

Jason Rollins
97581-004
Jesup FCI
Federal Correctional Institution
Inmate Mail/Parcels
2680 301 South
Jesup, GA 31599